UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
10.27.16
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

ANDREW RYAN LESLIE

Case No. 3:16-cr-154-J-39JBT
Cts. 1-2: 18 U.S.C. § 2251(a)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 14, 2016, in the Middle District of Florida, the defendant,

ANDREW RYAN LESLIE,

did employ, use, persuade, induce, entice and coerce a minor, Child 1, to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT TWO

On or about October 14, 2016, in the Middle District of Florida, the defendant,

ANDREW RYAN LESLIE,

did employ, use, persuade, induce, entice and coerce a minor, Child 2, to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of the violation of 18 U.S.C. § 2251(a) charged in Counts One and Two, the defendant, ANDREW RYAN LESLIE, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his interest in:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of ~~this chapter~~ [Chapter 110, U.S.C. or Title], or any book, magazine, periodical, film, videotape, or other matter which contains any such visual

2

depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter:

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

    3.    If any of the property described above, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

                                           A TRUE BILL,

                                           _____
                                           Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
      D. RODNEY BROWN
      Assistant United States Attorney

By: _____
      JULIE HACKENBERRY
      Assistant United States Attorney
      Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ANDREW RYAN LESLIE

## INDICTMENT

Violations:

18 U.S.C. § 2251(a)

A true bill

_____
Foreperson

Filed in open court this 27th day of October, 2016.

_____
Clerk

Bail   $ _____

GPO 863 525