# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                 Case No. 3:16-cr-154-J-39JBT

**ANDREW RYAN LESLIE**                           Defense Atty.: Mark Rosenblum
                                                                              AUSA: D. Rodney Brown

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 10/6/2017<br>2:08 p.m. - 2:41 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | None present |

## CLERK'S MINUTES

**PROCEEDINGS:**          **CHANGE OF PLEA**

Defendant placed under oath.

Government has complied with the Victims' Rights Statute.

Defendant consents to Magistrate Judge taking his plea.

Defendant enters pleas of guilty to Counts One and Two of the Indictment.

Court finds Defendant alert, intelligent and willingly entered plea of guilty.

Defendant reserves the 14 day objection period to Report and Recommendation.

Order of Detention previously entered shall remain in effect.

**Report and Recommendation to enter.**

Sentencing to be set by District Judge.

**FILED IN OPEN COURT:**
    **NOTICE re: Entry of a Plea of Guilty**
    **PLEA Agreement**