UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:16-cr-154-J-39JBT

ANDREW RYAN LESLIE

**REPORT AND RECOMMENDATION[1]**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea of guilty to Counts One and Two of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offenses charged is supported by an independent basis in fact containing each of the essential elements of such offenses. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE AND ENTERED** at Jacksonville, Florida, this 6th day of October, 2017.

_Joel B. Toomey_
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Honorable Brian J. Davis
United States District Judge
Assistant United States Attorney (Brown)
Asst. Federal Public Defender (Rosenblum)
U.S. Pretrial
United States Probation

---

[1] "Within 14 days after being served with a copy of the recommended disposition [of a plea of guilty], . . . a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Crim. P. 59(b)(2). "Failure to object in accordance with this rule waives a party's right to review." *Id.*; *see also* 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Local Rule 6.02.