# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

      v.                                          Case No. 3:16-cr-154-J-39JBT

**ANDREW RYAN LESLIE**
_____/

## DEFENDANT'S SENTENCING MEMORANDUM

Andrew Ryan Leslie, through counsel, files his Sentencing Memorandum for the Court's consideration in connection with his upcoming sentencing.

**I.    Introduction**

This is a difficult case for all concerned. It is difficult for the victims and their families, it is difficult for the prosecution and defense teams, it is difficult for Mr. Leslie, it is difficult for Mr. Leslie's family. And no doubt, at what is expected to be an unusually emotional and dramatic sentencing hearing, it will be difficult for the Court.

Mr. Leslie is exposed to not less than 15 and not more than 60 years in prison. The defense does not intend to ask for a specific sentence within that range, but rather simply to ask the Court to impose a sentence that will give Mr. Leslie, who just turned 23, an opportunity to see the light at the end of the

tunnel, while incentivizing him to seek and maintain the therapy he so desperately needs and desires.

## II. History and Characteristics

Andrew Leslie was just 10 years old when he realized he was a pedophile. To say he was and is horrified and sickened by that discovery and its resultant behavior would be a gross understatement.

At 10, he was old enough to grasp that he was a "monster" in society's eyes, yet too young to know what to do about it.[1] He longed to be normal. He contemplated suicide. He fought his awful urges for years. He tried to ignore them. He tried blocking tempting Internet sites and ridding himself of tempting material. Later, he tried to find satisfaction through child pornography, considering it more harmless than the alternative. At the time of his arrest in this case, he had begun inquiring about changing his gender, according to his mother. Maybe that might work to change his behavior. But nothing did.

The one thing Mr. Leslie did not do was seek help. He desperately wanted it but simply did not know how or where to find it. Not at age 10, when he first realized the horror of who he was. Not at age 16, when his self-

---

[1] Mr. Leslie has written a letter to the court detailing his shame and deep remorse about who he is and what he has done. He uses the word monster to describe himself. The letter is attached as Exhibit 1.

loathing led him to contemplate suicide a second time and his doctor prescribed Prozac for severe depression.[2] And not at age 21, right before his long-held fears of arrest and a lengthy prison sentence became his reality. He kept his secret shame hidden from his family, his classmates and his doctor, fearing that telling anyone would result in stigmatization and prison.

This is a common phenomenon and barrier to prevention among men who realize they are attracted to children and do not know where to turn, according to sociologist Jill Levenson, an associate professor at Barry University, who surveyed offenders about why they did not seek help before it was too late. Unlike other addictions, there are no advertised helplines for pedophiles. There is a fear factor as well. "Even if they've never acted on them, men who are concerned about their attractions are reluctant to seek counseling because they're afraid they're going to be reported," Dr. Levenson said in a 2015 Psychology Today article.[3]

Since his arrest in 2016, Mr. Leslie has been steadfast in his desire to know why he is the way he is and, more importantly, getting help to change. It has come up in nearly every conversation the undersigned and his staff have

---

[2] Records referencing this prescription from Mr. Leslie's primary physician, Dr. Bala Munipalli, are attached as Exhibit 2.

[3] *Sympathy for the Deviant*, Psychology Today, November/December 2015. The article, which explores the double-edged stigma of pedophilia, is attached as Exhibit 3.

had with him. Mr. Leslie was thrilled when he learned that his defense team had contracted neuropsychologist Robert Cohen to evaluate him because he hoped it would give him insight into his behavior and become a catalyst to change. Mr. Leslie wants intensive sex offender treatment while in prison, and Dr. Cohen recommends that it be part of his sentence, along with continued psychiatric care. [4]

    Mr. Leslie also has been steadfast in his cooperation with authorities since his arrest. He has had several meetings with law enforcement and provided information whenever asked. He provided passwords to his electronic devices. At times, he reached out to the undersigned's office about contacting law enforcement whenever he thought of something that might be helpful. Although his assistance will not be rewarded through the filing of a motion for downward departure under USSG § 5K1.1 since no arrests have been made to date, the government has represented that his cooperation has been extremely valuable to law enforcement and that the Court will be asked to consider it in the sentencing equation.

    Mr. Leslie readily accepted responsibility for his criminal offense and continues to do so. He has never attempted to minimize or justify his

---

4  A copy of Dr. Cohen's evaluation is attached as Exhibit 4.

behavior. He understands that his actions merit a serious prison sentence. He feels incredible remorse for his victims. He wants to pay whatever restitution the Court orders, though he realizes that will be a pittance compared to the damage he has done. He hopes one day to start an organization to help pedophiles get help before they act on their attractions. As unrealistic as that sounds in light of Mr. Leslie's foreseeable future, it is reflective of his sincere remorse.

As he states in his letter to the Court, "I wish I could undo everything, but I can't. However, I can try to make everything … at least as right as possible."

Mr. Leslie was born in Jacksonville following a one-time encounter between his mother and biological father. He grew up in Clay County. He did not meet and form a relationship with his father until he was 12.

Mr. Leslie does not attribute any of his aberrant behavior to his childhood, which he recalls as basically positive. His mother, Sharon Leslie, could not recall any episodes of physical trauma or abuse. She does recall his female cousins dressing him up as a girl when he was about five years old and her son verbalizing around the same age that he did not like having a penis.

By all accounts, Mr. Leslie was a contributing member of society throughout high school and into adulthood. He did not use drugs or commit even petty crimes. Letters from family and friends describe his helpfulness, compassion and attentiveness toward the needs of others.[5] They are shocked that the polite and respectful young man, who assisted them or stood by them through various ordeals, committed these crimes. They are saddened they did not notice any red flags that might have alerted them to Andrew's internal struggles or even prevented his behavior from escalating to the point that it did. Yet, as true friends and family members do, they are standing by him even while acknowledging their horror at his behavior.

Family photos provided by Sharon Leslie show a healthy, typical young boy. Tellingly, however, very few of them after early childhood show him smiling.[6]

He was a good student and graduated on time from Middleburg High School in 2013 with a 3.412 grade point average.[7] A month after graduation, he started work as a software engineer, a job he held until his arrest.[8] The

---

5  Letters are attached as Exhibit 5.

6  Photos are attached as Exhibit 6.

7  A copy of his transcript is attached as Exhibit 7.

8  Verification of Mr. Leslie's employment with Focus School Software is attached as

position paid well enough that Mr. Leslie was able to buy his own home when he was 19 years old.

All of this masked the internal struggles and self-loathing lurking deep in Mr. Leslie's soul and the resultant criminal behavior that brings him before the Court. In keeping with Dr. Cohen's recommendations, Mr. Leslie requests that his sentence include intensive psychosexual counseling and sex offender treatment.

## III. Conclusion

Andrew Leslie is begging for help in order to vanquish the demon that has plagued his life. While in prison he intends to take advantage of all counseling and sex offender treatment opportunities he can get. It is his hope that he can continue to assist the authorities with their ongoing investigation of other pedophiles. All that Mr. Leslie asks is that the Court view him as a person who sincerely wants to change and will make every effort to do so.

---

Exhibit 8. The company is based in St. Petersburg, and Mr. Leslie worked from home. The job did not involve any contact with students.

Respectfully submitted,

Donna Lee Elm
Federal Defender


s/ *Mark Rosenblum*
Mark Rosenblum
Assistant Federal Defender
Florida Bar No. 289175
200 West Forsyth Street, Suite 1240
Jacksonville, Florida 32202
Telephone: 904-232-3039
Fax: 904-232-1937
E-Mail: mark_rosenblum@fd.org
Attorney for defendant

# CERTIFICATE OF SERVICE

I certify that on February 22, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ *Mark Rosenblum*
Assistant Federal Defender