*United States v. Andrew Ryan Leslie*

Case No. 3:16-cr-154-J-39JBT

# Exhibit 1

Letter to the Court from Andrew Leslie

Your Honor,

First I would like to thank you for reading this ~~SCRIPT~~. It helps you get to know me and show you that I am sorry for what I did as well as my hopes for the future.

It all started around when I was ten years old. I began to look at girls around my age modeling. After months of that I found a website called "Playtoy Magazine" and they advertised "Non-nude Models." There were girls of all ages in various outfits including just their underwear. I ended up getting hooked on this. At the time I didn't think any of this was wrong as they were my age. But as time went on I caught myself looking at the younger girls. When I first noticed this I was filled with sickness. I blocked the website from my computer and ended up reporting it to The National Center for Missing and Exploited Children in hopes of shutting it down. I wish I could say it ended there but my desire became too much and I was back browsing the website. I didn't consider myself a pedophile just yet as I was a kid myself I thought it was just curiosity, like when little kids play doctor. Little did I know I would become a monster later on. When I was about twelve I learned about hentai. I discovered that I could find all of my cartoons naked and having sex. This became my new addiction. I began to look at everything from American Dragon: Jake Long to Lilo and Stitch. Then it occurred to me that I was still looking at the younger girls even though I was getting older. I was ashamed of myself and kept trying to break the habit. I blocked every website I used and even browsed adult porn to try and alleviate my urges. When none of this worked I became severely depressed at the realization that I was a pedophile. I never told anyone about this as I was scared of what might happen to me. By watching TV I knew how the world felt towards people like me and at the time I thought it

anyone knew AJC I would go to jail. Maybe that would have been good at the time, like a scared straight program. But anyway, instead of talking to anyone I thought of suicide as everyone hated me. I had it all planned out and was about to start when my grandfather pulled up to take me to church. Church made me realized that people still liked me but only because they didn't know. I made sure that I hide everything better after that. At this point I didn't think I would ever act on my attraction and it was my biggest fear. When I turned fourteen I realized I could find child porn on Limewire (a program for sharing files, mainly music). This is when my attraction turned from young girls to toddlers. I also learned how to hide all of it behind a password so I had nothing to worry about. At sixteen I had what women refer to as baby fever. I wanted a child so badly but I was afraid that I might act on my attraction. I didn't know what to do. In the end the depression from both became too much for me to handle and I got help from my doctor. He gave me a prescription for an antidepressant which helped some. I also joined an online community for pedophiles and from it, it made me think my attraction wasn't wrong cause so many others had the same attraction. At eighteen the baby fever came back and I began to babysit my baby cousin while her mom slept. At this time I never had the urge to act on my attraction. Later I moved to my dads and began to babysit a girl about nine. I never acted on my attraction then either however I did show her lots of affection. A year and half later I moved back to my moms to find a house in Middleberg and began to babysit my cousin again but this time without her mother near by. At first it began as curiosity of what a girl felt like as I was a virgin and it got worse as time went on.

  Now I wish I could undo all of this but I can't. However I

can try to make everything right or at least as right as possible. I want to pay my restitution and do anything else to make things better. I am deeply sorry for my actions. It is my hope that I can start an organization called "Pedophilia Support Network". I want to offer consoling services to those affected by pedophilia and get them help before they act on their attraction. I realize now that everything I've done warrants me to be locked away for pretty much life and I don't disagree with that. But I would like to do some good in my life and spend time with my mother before its too late. I've read the presentencing report and I have no issues with the special conditions except: No contact with minors and prohibition against using a computer. I fully understand the reason behind these. However I've spent my whole life wanting a family and a big one. With supervision and the medication I'm on I won't be a risk to reoffend and I will have sex offender treatment to back it up. As to prohibition against using a computer, my entire career is based on the internet and computers. Can I request to have my computer monitored, in which I will pay for? If I'm able to use computers I have no issues paying for my restitution. If I'm able to use one while I'm in prison then I can pay sooner and I'll be able to pay the cost of prosecution actually.

    I hope this letter finds you well and helps you get to understand me and show you I want to make things better.

Sincerely,
Andrew Leslie