*United States v. Andrew Ryan Leslie*

Case No. 3:16-cr-154-J-39JBT

# Exhibit 2

Records from

Dr. Bala Munipalli

# LESLIE, ANDREW (id #201066242, dob: 01/16/1995)

Last amended by BALA S MUNIPALLI, MD on 05/11/2016 at 10:25am

## Patient

**Name** LESLIE, ANDREW (21yo, M) ID#   **Appt. Date/Time** 05/11/2016 09:00AM

**DOB**   **Service Dept.** SVPE_PRIMARY_CCMOB 320

**Provider** BALA S MUNIPALLI, MD

**Insurance** Med Primary: 
Insurance # : 
Policy/Group # 
Prescription: OPTUMCOM - Member is eligible.
Prescription: PRIMFL - Member is eligible.

## Patient's Pharmacies

WALGREENS DRUG STORE 06744 (ERX): 2675 BLANDING BLVD, MIDDLEBURG FL 32068, Ph (904) 291-4375, Fax (904) 291-9344

## Chief Complaint

Establish care/ pain in hands right mostly

## Problems

Reviewed Problems
- Chronic back pain
- Hand pain

## Medications

Reviewed Medications

Alavert 10 mg disintegrating tablet                                                                 05/11/16   entered
Take 1 tablet(s) every day by oral route as needed.

## Allergies

Reviewed Allergies
NKDA

## Past Medical History

Discussed Past Medical History
allergies: Y

## Surgical History

Reviewed Surgical History
no prior surgeries

## Family History

Discussed Family History
Maternal Grandfather         - Malignant neoplastic disease
                             - Type 1 diabetes mellitus
                             - Heart disease
Mother                       - Diabetes mellitus
                             - Essential hypertension

## Social History

Discussed Social History
**Internal Medicine**
Alcohol intake: Occasional
Smoking Status: Never smoker

## Vitals

**Ht:** 5 ft 6 in (167.64 cm) 05/11/2016 09:33 am

**Wt:** 108 lbs 9 oz (49.24 kg) 05/11/2016 09:33 am

**BMI:** 17.5 05/11/2016 09:33 am

**BP:** 120/60 sitting L arm 05/11/2016 09:34 am

**BP Cuff Size:** adult 05/11/2016 09:34 am

**Pulse:** 69 bpm 05/11/2016 09:34 am

**LESLIE, ANDREW (id #          , dob:         )**

**O2Sat:** 98% 05/11/2016 09:34 am

**RR:** 18 05/11/2016 09:34 am

**T:** 98.7 F° (37.06 C) 05/11/2016 09:34 am

## HPI

21 year old here to new patient physical. He reports intermittent allergies and uses Alavert. He reports he is a software engineer and reports pain in right first three fingers with radiation of pain right forearm x 4 weeks Says has been going on for 2-3 years. He has been using his hands daily. Has tingling in hands throughout the day but does not wake him up at night. 2011 diagnosed with depression- gets bouts off and on but took himself off Prozac and feels better off the meds not suicidal or homicidal. ROS + for generalized weakness, fatigue ( from lack of sleep), major weight change, depression when he was living with a girlfriend that had a child- was not a good relationship over 6 month period- ended March 26 - symptoms have resolved. Gained weight back after losing it during stressful period. Fever , chills, bronchitis, cough, chest congestion when he had 3 day flu 2-3 weeks ago and took cough medication and that resolved the symptoms . Ear aches, postnasal drainage, hoarseness, runny nose, when allergies flare Chest pain, anxiety, depression on and off since age 9 Chest pain last 10 seconds to 2 minutes and hurts when he moves in bed or when stands. Ringing in ears since age 6 - wakes up with it sometimes and then resolves - comes and goes throughout the day. Hearing test was normal. Takes Ibuprofen -used to take Aspirin when he gets a headache about once a month. Muscle pain with the right hand pain Chronic back pain dull 3/10 and manageable, when gets 7/10 uses Ibuprofen- gets this severe about every 3 months. Says related to posture but does not do the exercises to help his back pain. He is interested in PT for the back pain. When gets headache - diffuse, throbbing, aching and Ibuprofen helps the headaches. Memory difficulties -gets forgetful about plans he arranges like going out with friends and sometimes forgets what day of the week it is - stays up to 2 AM and thinks the memory issues are related to poor sleep habits. Says night owl and forgets about going to sleep When goes to bed stays asleep Sometimes notices tingling in left hand

## ROS

**Additionally reports: ROS discussed - see HPI All other ROS negative**

## Well Child ROS

Patient is a 21-year-old male.
Reported by patient.
**Diet and Nutrition:**
- Dietary: 3 meals/day, appropriate dairy intake, appropriate Calcium intake, normal portions,**diet not well balanced.**

**Dental:**
- Dental: regular dental visits, brushes teeth 2 times/day, flosses teeth.

**Sleep:**
- Sleep: sleeps through the night, no difficulty falling asleep, no trouble getting up.

**Elimination:**
- Elimination: normal bowel movement frequency, normal consistency.

**Genitourinary:**
- Male Genitourinary: testicular self exams.

**Safety/Lifestyle:**
- Injury prevention: wears seatbelt, understands sun protection, understands conflict resolution/violence prevention.
- Risk Taking: denies drug use, denies tobacco use.
- Sexual History: **occasional alcohol use.**

**School/Behavior:**
- School/Behavior: no behavior problems, **he is working as a software engineer.**
- Exercise: **does not get regular exercise.**
- Other: normal mood, denies suicidal ideations, healthy peer relationships,**currently without depression.**

## Physical Exam

Patient is a 21-year-old male.

**Constitutional:** General Appearance: well-nourished and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear, EACs clear, and TMs clear. Nose: no lesions on external nose, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and good air movement.

**Cardiovascular:** Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Pulses: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended. Liver: non-tender and no hepatomegaly. Spleen: non-tender and no splenomegaly. Hernia: none palpable.

**Musculoskeletal::** Motor Strength and Tone: normal and normal tone. Joints, Bones, and Muscles: no contractures, malalignment, or tenderness and normal movement of all extremities; **mild decreased grip strength right hand + Tinel left hand.** Extremities: no cyanosis or edema.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact. Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: no tremor.

**Skin:** Inspection and palpation: no rash, ulcer, induration, nodules, or jaundice and good turgor;**mild facial acne benign hyperpigmented lesions on chest, neck, back, arms, legs.**

**Back:** Thoracolumbar Appearance: normal curvature.

Screening

None recorded.

Assessment / Plan

**1. Adult health examination** - Advised self testicular exams pm
 sunscreen when outdoors
 avoid alcohol, drugs, tobacco
 exercise, healthy diet lean protein, fruits/vegetables, adequate water intake
 requested vaccine records -update Tdap but has to check with insurance to make sure covered
 Z00.01: Encounter for general adult medical examination with abnormal findings

**2. Hand pain** - overuse vs carpal tunnel EMG/NCS discussed
 f/u 1 week after test completed
 M79.641: Pain in right hand
- ELECTROMYOGRAM/NERVE CONDUCTION STUDY - Note to Imaging Facility: right hand pain, numbness, pain radiates into forearm

**3. Examination of blood pressure** - BP 120/60 Monitor BP closely
 Z01.30: Encounter for examination of blood pressure without abnormal findings

**4. Body mass index less than 20** - Monitor weight Says this is his baseline
 Z68.1: Body mass index (BMI) 19 or less, adult

**5. Chronic back pain** - discussed with patient about physical therapy evaluation for the chronic back pain and he is agreeable with the referral
 G89.29: Other chronic pain
- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion

Return to Office
None recorded.

Amendment Sign-Off
Encounter signed-off by BALA S MUNIPALLI, MD, 05/11/2016.

Encounter performed and documented by BALA S MUNIPALLI, MD
Encounter reviewed & signed by BALA S MUNIPALLI, MD on 05/11/2016 at 10:15am
Amendment closed by BALA S MUNIPALLI, MD on 05/11/2016 at 10:25am