*United States v. Andrew Ryan Leslie*

Case No. 3:16-cr-154-J-39JBT

# Exhibit 4
# Dr. Cohen's
# Evaluation



2180 W. State Rd. 434, Suite 1172
Longwood, FL 32779
(407) 920-8321 / (407) 462-6626

Robert E. Cohen, PsyD, ABPP
Robyn J. Cohen, PhD
Cohen.Neurocog@gmail.com

## CONFIDENTIAL PSYCHOLOGICAL EVALUATION AND REPORT

Patient Name: Andrew Ryan Leslie
DOB: ▇▇▇▇▇ (21)
Case Number: 3:16-mj-1265-MCR
Primary Language: English
Handedness: Right
Education: High School (12 years) + IT technical school
Examiner: Robert E. Cohen, PsyD, ABPP, Rehabilitation Neuropsychologist
Referral Source: Mark Rosenblum, Esq., Assistant Federal Defender
Date of Evaluation: 12/13/16
Location: Nassau County Jail, Yulee Florida
Date of Report: 1/9/18

**BACKGROUND INFORMATION:** Mr. Andrew Ryan Leslie is a 21-year-old Caucasian single right-handed man, referred for an evaluation by defense counsel to assist in understanding his two charges of production of child pornography (CP). He was arrested after Homeland Security received information that an IP address belonging to Mr. Leslie was hosting a website whose primary purpose was the viewing and distribution of child pornography. Later it was determined that he was also producing and distributing child pornography after finding videos that he produced in the possession of another CP collector. Mr. Leslie pled guilty to charges and has been cooperative in providing information to help find other perpetrators. He has been housed at the Nassau County Jail since his arrest on October 18th, 2016. He has not engaged in any oppositional or problematic behaviors towards other inmates or staff since his arrest. All information for this evaluation was provided by his federal defense team, a clinical interview with the client, and integration of acquired psychological/neuropsychological test data.

**RECORDS/EVIDENCE REVIEWED:** United States District Court Middle District of Florida Jacksonville Division - Indictment Report filed 10-27-16; United States District Court Middle District of Florida Jacksonville Division - Criminal Complaint 10-18-16; Prosecution Supplied Packet Summary including Criminal History Print Out of Client, Search Warrant, HSI Report 7/27/26, Florida DAVID printout, HSI report dated 10/21/16 (Criminal Arrest of Andrew Leslie), 10/24/16 (initial investigation of client and his online activity), 10/31/16, and HSI investigative report detailing seizure of property and evidence and other related evidence produced by prosecution and provided to defense; ESE report and codes; Middleburg High Official Transcripts; Primary Care Medical Records from Dr. Bala S. Munipalli 5/11/16 and 9/21/16; Focus School Software Company – Software Engineer Employee Verification 11/14/16.

**ASSESSMENT PROCEDURES:** Review of all available records; clinical interview with the client including Sexual History Questionnaire; Test of Memory Malingering (TOMM); Dot Counting Test (DCT); Wechsler Adult Intelligence Scale – (WAIS –IV); Montreal Cognitive Assessment (MoCA); Wide Range Achievement Test – Fourth Edition – Reading Subtest (WRAT-4); Rey Complex Figure



Test (RCFT); Psychopathy Checklist – Revised – 2nd Edition; Structured Inventory of Malingered Symptomology; MMPI-2RF (Minnesota Multiphasic Personality Inventory – Second Edition Restructured Format); Beck Depression Scale – 2nd Edition (BDI-II), Beck Anxiety Inventory (BAI).

**DEVELOPMENTAL/ACADEMIC/PSYCHOSOCIAL HISTORY:** Mr. Leslie reported that he was born in Jacksonville, Florida to Sharon Leslie and John Ackerman on January 16, 1995. He was raised by his mother and did not meet his biological father until he was 12 or 13 years of age. He is an only child but has one younger and one older half-siblings (one eight-years older half-brother James, and a two years' younger half-sister Kori) by his father's first marriage. Mr. Leslie denied any history of physical, sexual, or repeated verbal abuse. Mr. Leslie stated that his childhood was a happy one and he denied being abused or bullied by classmates at school. Review of his school records revealed that in 1998 (age 3), Mr. Leslie was identified as Developmentally Delayed (Ages 0-5) in the area of language and speech and was placed in Exceptional Student Education that year. He was dismissed from the language impairment program a year later in 1999. By age 6 (2001), he was dismissed from the Developmental Delay ESE program and by age 9 (2004), he was dismissed from the Speech Impaired ESE program, resuming all regular curriculum at that point. He reported that from the third up through the seventh grade, he was engaged in intensive reading and remedial math. Mr. Leslie tested out at the end of the seventh grade. Review of his high school transcripts reveals that he was placed in in dual enrollment in advanced English Literature and advanced central computer classes at St. Johns State College. He graduated with a standard diploma with a weighted GPA of 3.412 and a class rank of 95/403. Mr. Leslie reported a specific interest and strength in computer programming. Extracurricular activities included the Technical Student Associates and Skills USA Computer Club. Mr. Leslie denied any specific behavioral problems at school including violence, truancy, or any illicit substances. However, he admits that on weekends, he occasionally consumed alcohol with his friends. He denies ever being suspended. He reported that, "*I hung out with pretty much everyone like the goths, the wrestlers, the band members*". After graduation in May 2013, he obtained a job at Focus School Software an IT company as a software engineer, in August of 2013 until October 17th, 2016 (the time of his arrest). An employee verification form indicated that Mr. Leslie worked remotely at his home with an ending salary of $50,400.00. He is not eligible for rehire according to documentation. He also baby sat children for free in his neighborhood during that time frame.

He engaged in "peeping tom" activities of watching his younger sister who was 9 and he was 11. He started watching pornography at age 8 while surfing online and he began masturbation at the age of 9, at the frequency of 1-2x a day. Mr. Leslie stated that he began to develop a pornography addiction at an early age. He first viewed child pornography at age 10 and his last viewing of child pornography was the night before his arrest. He has never purchased CP but reported that he traded videos online with others and with another individual whom he travelled to Tennessee to meet in person. He confided that while he did not have problems with bed wetting, he enjoyed wearing diapers and children's panties between the ages of 8 and 12. He stated that he would take them from kids in the neighborhood as he was playing with them at their home. Mr. Leslie reported that his first sexual encounter was at age of 13, when he fondled a family friend's infant daughter while changing her diaper.

His first time of sexual intercourse was at age 19 with female of similar age and has since had a total of three reported sexual encounters (intercourse) with individuals of legal age. He admits to one



homosexual experience with a similar aged man. That same year he recalls engaging in sexual intercourse with a 2.5-year-old toddler that he was babysitting. He freely admits to inappropriate sexual contact with underage children. He reported that he made about 10 pornography videos and took at least 150 pictures. He reported having at least 1 gig worth of child porn stored on his personal equipment. He stated that he felt "bad" about engaging in sex acts with children less than five years old but felt "less bad" about children aged 10 and up since he believed it was more consensual. Initially, he became interested in children aged 6-10 but then, as he desensitized to the content, his age interest widened to children aged 0-12. In total, Mr. Leslie reported the following victims 1) a nine-year-old - daughter of a women he was dating, 2) and her seven-year-old sister, 3) a five-year-old, 4) 5) and 6) three – two-year-old toddlers, 7) three babies (ages 0-6 months old), and 8) a four-year-old boy. Mr. Leslie admitted that he sometimes scolded the children when they did not do what he wanted. Mr. Leslie also admits to watching and downloading other forms of pornography including bestiality, S&M, pregnant women, golden showers and others. He admits to engaging in sexual acts with canines on more than one occasion. Mr. Leslie stated that as a young teen, he realized he had sexual feelings toward other children. He felt confused and guilty. He reported, "There is nowhere to go and no one to talk to about having these urges and feelings without fears of getting in trouble or being seen as a monster".

He reported to this examiner that he informed a close friend/ex-girlfriend, Kennedy (similar age) that he was engaging in these acts. According to Mr. Leslie, he and Kennedy dated and were minimally sexually active. He stated that she herself was a victim of sexual abuse as a child. She would send her pictures of her kids and then watch him masturbate to them. However, Kennedy did not allow her own children to be molested by Mr. Leslie. He reported to this examiner that he loves all the children he has molested and that he cares about their lives more than his own. He reported that he would like to be a parent himself one day, specifically as a mother after he has his sexual reassignment.

**LEGAL HISTORY:** Prior to the current charges, no legal history is documented.

**MEDICAL HISTORY:** According to brief primary care records, he has a history of acute bronchitis, chronic back pain (received physical therapy), hand pain (received nerve conduction studies), and seasonal allergies. There is no surgical history.

**FAMILY HISTORY:** Cancer, Type I diabetes, Heart Disease, hypertension.

**CURRENT MEDICATION:** He has been prescribed Prozac 20mg (for depression) and Risperdal 0.5 mg for intrusive thoughts.

**PSYCHIATRIC/PSYCHOLOGICAL HISTORY:** Mr. Leslie reported that at an early age (between 5 and 8), his parents knew that he enjoyed pretending he was a girl and verbalized that he did not like having a penis. He stated that his parents were relatively supportive/non-judgmental about this. His stepmother Robin and Mr. Leslie have a relatively close relationship. He has confided in them that he was hoping to obtain a sex change in the future and that he had a referral and appointment to see a transgender pre-op psychiatrist specialist the day of his arrest. Mr. Leslie reported that he first became aware of bouts of sadness/depression starting at age 9 or 10. According to review of a medical office visit with Dr. Bala S Munipalli, Mr. Leslie was formally diagnosed with depression in 2011. His



symptoms included short bursts of chest pain lasting 10 seconds to 2 minutes. He does not clearly meet the criteria for panic attack or panic disorder. His depressive episodes lasted a few weeks and have led to suicidal thoughts (without plan or attempt) first reported at age 10 and again at 15. By age 15, he had been treated briefly with Prozac but did not remain compliant since he reported feeling better off the medication due to side effects. He reported to his primary care doctor that he was experiencing generalized weakness and memory loss due to poor sleep, significant weight reduction, relationship issues with his girlfriend over a six-month period. After moving out, his mood improved and he gained weight back. Currently, Mr. Leslie reported that the Risperdal minimizes his intrusive thoughts about sexual acts on children. At the time of his evaluation, Mr. Leslie was on solitary confinement (for his safety) and was on suicide watch after telling the jail therapist that he was planning to kill himself.

**BEHAVIOR OBSERVATIONS:** Mr. Leslie was brought to the testing area by a guard and he presented as alert and oriented, dressed in a green self-protection suit since he was currently on suicide watch. He was a man of shorter stature, thin build, long brown hair, acne, and he wore glasses. Mr. Leslie had painted toe nails and his finger nails were trimmed low for self-protection. His teeth were brown. Mr. Leslie's mood was bright and euthymic without evidence of depression or anxiety. He denied current suicidal ideation and stated that when he thinks about the rest of his life behind bars, he becomes hopeless. He was pleasant, and very cooperative with the evaluation, making no complaints or verbalizations outside of what was being asked. His eye contact was appropriate. His speech was slightly pressured and revealed reciprocal conversation. Mr. Leslie seemed of at least average intelligence. He was not overly guarded and did not appear to dodge any questions or topics. In fact, he was extremely candid and forthcoming about his previous behaviors and sexual acts. Mr. Leslie stated, "*I am actually really happy to tell you all of this and get it off my chest…I want to know why I did what I did*". Mr. Leslie reported that he was most interested in knowing how he was caught. He believes that his making of his website and then attempts to make a "porn stars listing index" to help others find the child porn star they wanted, may have been the final straw. He stated, "the thing I am most sad about is hurting the kids…I never meant to hurt them…I am also sad about being stuck in jail forever." Mr. Leslie only verbalized his understanding that "harm" to the children was from a physical stand point only and not from an emotional or psychological standpoint. He seemed honest and genuine in his presentation. Mr. Leslie's memory for recent events seemed adequate and he did not exhibit any obvious neurological signs of impairment. There was no evidence of manipulative behavior, obvious inconsistencies with the records, or impression management noted. He appeared to put forth effort on all measures during our five-hour visit.

**TEST RESULTS**

**ASSESSMENT OF EFFORT:** Mr. Leslie was administered the Test of Memory Malingering (TOMM) and the Dot Counting Test (performance validity indicators), of which there was no evidence of poor or low effort. On the Structured Inventory of Malingered Symptomology (SIMS), he did not endorse an elevated number of infrequent symptoms suggestive of malingering. On Minnesota Multiphasic Personality Inventory – 2nd Edition, Restructured Format (a measure that includes several symptom validity indicators), Mr. Leslie endorsed many psychiatric and neurological symptoms but these are relatively consistent with his history and his current mental state and predicament. He did not reveal concerns of inconsistency in reporting, guardedness, odd or unusual symptoms, or portraying himself in



a non-genuine light (feigning cognitive symptoms nor under or over-reporting of psychiatric or neurological symptoms). Given his behavioral presentation, clinical history, and review of the records, it is believed that the results below can be viewed as a valid portrayal of his neuropsychological functioning.

**COGNITIVE STATUS EXAM:** On the Montreal Cognitive Assessment (MoCA), a composite screening of global cognitive functioning, Mr. Leslie obtained 27 out of 30 possible points ($\geq 26$ is considered a normal score, +1 point added for educational adjustment). No obvious deficits were revealed in visuospatial functioning, naming, repeating, verbal fluency, immediate simple attention, and orientation. There were minor short-term retrieval deficits and with prompting he obtained more information. He was oriented to person, place, time, and current station in life. On the RCFT, Mr. Leslie's ability to copy and organize a complex two-dimensional figure was in the average range.

**CURRENT INTELLECTUAL FUNCTIONING:** On a measure of intellectual functioning (WAIS-IV), Mr. Leslie' Verbal Comprehension (*an index made up of subtests assessing his fund of word and factual knowledge and his ability to verbalize abstract concepts*) was in the average range compared to others his age. His Perceptual Reasoning (*an index made up of subtests measuring timed and un-timed visuospatial reasoning and problem solving*) was also in the average range. The difference of four points between his VCI and PRI on the current assessment was not statistically significant. His Working Memory Index (*an index made up of tests assessing his immediate auditory attention and his ability to utilize his visual sketchpad*) was in the low-average range and his Processing Speed Index (*an index measuring his speeded processing, decision-making, and graphomotor speed*) was in the superior range compared to others his age (and a relative cognitive strength). Mr. Leslie' Full Scale IQ, was in the average range (FSIQ SS = 100, 50%ile) compared to others his age. These scores are consistent with his academic background and occupational success.

| Scale | | Composite Score | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|
| Verbal Comprehension | VCI | 100 | 50 | 94-106 | Average |
| Perceptual Reasoning | PRI | 96 | 39 | 90-102 | Average |
| Processing Speed | PSI | 120 | 91 | 110-126 | Superior |
| Working Memory | WMI | 89 | 23 | 83-96 | Average |
| Full Scale Intellect | FSIQ | 100 | 50 | 96-104 | Average |
| General Ability Index | GAI | 98 | 45 | 93-103 | Average |

| Subtest | Scaled Score | Percentile Rank |
|---|---|---|
| Similarities | 11 | 63 |
| Vocabulary | 11 | 63 |
| Information | 8 | 25 |

| Subtest | Scaled Score | Percentile Rank |
|---|---|---|
| Block Design | 11 | 63 |
| Matrix Reasoning | 9 | 37 |



| Subtest | Scaled Score | Percentile Rank |
|---|---|---|
| Visual Puzzles | 8 | 25 |
| Digit Span | 8 | 25 |
| Arithmetic | 8 | 25 |

| Subtest | Scaled Score | Percentile Rank |
|---|---|---|
| Symbol Search | 14 | 91 |
| Coding | 13 | 84 |

**PSYCHOLOGICAL TEST RESULTS:** On the Psychopathy Checklist – Revised – 2nd Edition (PCL-R), Mr. Leslie was engaged in a guided interview honing in on his life history and how he has engaged with others. The PCL-R attempts to predict psychopathic and antisocial traits by honing in on trends of behavior that predict these diagnoses. This information, in addition to other sources of data, were scored on a 0-2 scale (0 = no evidence exists or no offenses in a particular category, 1 = maybe or minor offense in a particular category, and 2 = Yes or major offense in a particular category). Mr. Leslie's **overall score was a 7 out of 40 points suggests no real concern of psychopathic tendencies or clear pattern of antisocial behaviors as defined by this scale.** While his behavior of pedophilia is culturally and legally reprehensible, it is not globally manifest in other areas of his life to suggest psychopathic or sociopathic tendencies. Consistent with his history and presentation, Mr. Leslie has no history of glibness/superficial charm, a grandiose sense of self-worth, routine pathological lying, lack of remorse or guilt, shallow affect, lack of empathy, a parasitic lifestyle, early behavioral problems, significant irresponsibility (as defined by the manual), failure to accept responsibility, juvenile delinquency, or criminal versatility. He does have characteristics of being moderately prone to boredom, mildly to moderately impulsive, has a questionable sense of empathy, and promiscuous sexual behavior.

On the BDI-II, a questionnaire examining cognitive and somatic/physical symptoms of depression experienced over the last two weeks, Mr. Leslie endorsed 29/63 points (moderate to severe symptoms). This is consistent with his presentation (on suicide watch) as well as his current predicament. He endorsed sadness, pessimism, feelings of failure, loss of pleasure, feelings of guilt, feelings of punishment, self-dislike, self-criticalness, loss of interest, worthlessness, loss of energy and sleep, mild irritability, concentration difficulties, increased appetite, and significantly reduced libido. He indicated, "I would like to kill myself". He denied thoughts of harm to others. On the Beck Anxiety Inventory (BAI), Mr. Leslie indicated severe symptoms (BAI = 26/63) of physiological and cognitive symptoms of anxiety, endorsing severe symptoms of "fears of the worst happening", and more moderately unpleasant symptoms of wobbliness in his legs, being unable to relax, heart pounding and racing, fears of losing control of himself, and feeling scared. He also endorsed mildly bothersome physical symptoms of stomach indigestion, having difficulty breathing, hands trembling, sweating and others.

On the MMPI-2 RF, a 338 item true false questionnaire designed to measure psychopathology and personality disorder, Mr. Leslie answered questions in a very consistent manner without evidence of the under or over reporting of symptoms nor evidence of a denial of common faults or overt guardedness. He did endorse that he is experiencing significant elevation in his emotional distress, also consistent

AL 6



with his predicament, charges, and the clinical interview. Overall, Mr. Leslie provided a profile that can be interpreted as a reasonably valid indication of his psychological and personality functioning.

His profile revealed that Mr. Leslie is in a great deal of emotional distress and he acknowledges that his behavior put him in his current situation. His history of major depressive disorder with suicidal ideation is known. He is very nervous, sad and unhappy to the point of suicidality (T = 100, >99.99%ile), and he is experiencing odd, troubling, or strange thoughts (non-delusional) but bordering obsessive/ruminative in quality. Mr. Leslie has difficulty controlling his depressive/suicidal thoughts and emotions and he experiences them as intrusive racing thoughts. He states that his use of Risperdal and Lexapro has aided in reducing these thoughts. He is not sleeping well due to his current worry and racing thoughts and as a result, he believes his memory and thinking abilities are slower than usual. Mr. Leslie feels helpless to control his thoughts and his current situation especially without his use of medication. Feelings and thoughts of aggression are very low but he is acutely aware of the negative thoughts that others think of him. As a result, since being in jail, he feels that others would like to hurt him and so he has strong desire to socially avoid. Overall, these findings are consistent with the clinical interview, behavioral observations, and history.

**SUMMARY OF FINDINGS:** Mr. Leslie is a 21-year-old man who is current incarcerated since October 2016 at Nassau County Jail on charges of child pornography production. Mr. Leslie has a history of Major Depressive Disorder with suicidal ideation, as well as anxiety disorder with accompanied chest pain, difficulty sleeping, and shakiness. He has a history of gender dysphoria wishing for many years to undergo sexual reassignment. Mr. Leslie has taken Lexapro in the past and is currently on a combination of Lexapro and Risperdal since incarcerated. Mr. Leslie was seen today to obtain a better understanding of his behavioral and psychological functioning. A lengthy clinical interview reveals a cooperative but emotionally unstable young man who readily discussed his past problem behaviors which include pornography and sexual addictions in the relative absence of any identifiable pervasive developmental delay or early childhood abuse. His identified language and speech issues appeared to resolve early on and he performed well academically and socially.

Today on testing, Mr. Leslie provided both cognitive effort and no evidence of symptom exaggeration. In other words, he was genuine and appeared honest in his presentation (as per MMPI-2RF, DCT, and TOMM results). His intellect tested in the average range and is consistent with his academic performance. No obvious cognitive dysfunction was measured on today's evaluation. Psychologically, Mr. Leslie is suffering from worsened mood problems characterized by racing intrusive thoughts, poor sleep, worry, sadness, helplessness, and general malaise. He does not have a history or current presentation consistent with elevated levels of psychopathy or antisocial personality disorder and is not an outwardly aggressive young man. However, Mr. Leslie based on all evidence recovered from his possession, his verbalized strong sexual interest in only prepubescent children, his engagement in sexual relations with minors, his creation and distributed child pornography, and repeated patterns of behavior, a paraphilic diagnosis of pedophilia is rendered. Given his history and current presentation as someone who is experiencing worsened symptoms of emotional, cognitive, and physical symptoms (as a result of his emotional disturbance), Mr. Leslie should continue to be followed by psychiatry and remain on an antidepressant/anxiolytic and atypical anti-psychotic medication to assist in symptom management. I would also strongly recommend, given his current presentation of cooperation and insight into his



behavior, that he be engaged in weekly individual therapy to help minimize, as much as possible, to help control and understand his maladaptive thoughts and behaviors. He would benefit from a federal bureau of prisons (BOP) sex offender program or a state housing program such as one at Coalinga State Hospital in California that caters explicitly to the long term treatment of sex offenders.

**DIAGNOSES:**
1) **Pedophilic Disorder (F65.4)**
2) **Gender Dysphoria Disorder (F64.0)**
3) **Major Depressive Disorder, with symptoms of anxiety, moderate to severe, with suicidal ideation (current at time of evaluation) (F32.0)**

Robert E. Cohen, PsyD, ABPP
Board Certified in Rehabilitation Psychology
Licensed Psychologist, FL PY7151
Neurocognitive Consultants of Orlando, LLC

CC: Mark Rosenblum, Esq, Assistant Federal Defender