*United States v. Andrew Ryan Leslie*

Case No. 3:16-cr-154-J-39JBT

# Exhibit 5

# Letters

# Kimberly Marshall

Butler, TN 37640

October 11, 2017

The Honorable Judge Davis U.S. District Court, Middle District of Florida
Jacksonville Division 300 North Hogan Street Jacksonville, FL 32202

Dear Honorable Judge Davis,

I am writing this letter to provide the court with additional information on Andrew Leslie for the upcoming sentencing hearing and in hope that it will be helpful to your honor.

My name is Kimberly Marshall. I am 43 years old. I now live in Butler TN, but resided in Middleburg FL for many years. I am disabled from a debilitating disease that requires me to have surgery several times a year. I have two girls, one 23, one 17. I have been the neighborhood mom for many throughout the years, including Mr. Leslie. All the kids refer to me as Momma B.

I am aware the Mr. Leslie plead guilty to a federal charge. I am absolutely shocked beyond belief that this is the same person I love as my own. It breaks my heart to know such a loving kid has broken the law.

Andrew Leslie came into my life through my oldest daughter in middle school. He would come to the house and read for hours. He would hang out with the other kids his age and was very

well adjusted. Later in high school when I was getting weaker he would show up and help me around the house with things I couldn't do myself. He was always a joy to have in my home. Since we have moved to Tennessee, he has been to visit and is still part of or extended family. He will always be one of Momma B's kids no matter what happens.

Andrew Leslie is a kind hearted, loving, and caring person. He has came to my aid to help clean cabinets when no other kid would. I had to climb on a chair after surgery. Andrew showed up and refused for me to do it. He had me sit and direct him on how I wanted everything done. He has rescued me from being stranded on side of the road. He has sat and talked to me for hours when I was feeling down. He has volunteered to help around my house when I was sick. He has ran to the store for me. He has been there to help when no one else would. After I had surgery another time Andrew came by and realized I was alone. He sat with me all day till someone else showed up making sure I had my drink filled and something to eat. He helped me get up and back to the couch when needed and was a blessing to have there. Please consider this when you go forward to the sentencing hearing.

Best regards,


Kimberly Marshall

Sharon L. Leslie



Jacksonville, Fl 32218

The Honorable Judge Brian Davis

U.S. District Court, Middle District of Florida

Jacksonville Division

100 North Hogan Street

Jacksonville, Florida 32204

January 12, 2018

Dear Judge Brian Davis,

I am writing you on behalf of Andrew Leslie. My name is Sharon Leslie and I am Andrew's mom. I am a 53 year old single mother of 2. I have worked for the USPS for the past 31 years. I am currently staying with my boyfriend in Oceanway and I own a home in Clay Hill which Andrew's step dad is residing while he is recovering from Cancer.

Now let me tell you about Andrew. On the day he was born I went into labor around 6 a.m. and was seen by my doctor around 9. At that time i was told to get everything I needed taken care of and go to the hospital. By the time I was checked into the hospital and the doctor arrived it was 3:30. By 4pm I was being rushed in for an emergency C-section due to Andrew being in distress.

When I returned to work after 2 months Andrew was watched by a babysitter. He remained with the same babysitter until he started Jr. High School. Between the ages of 1 to 3 his vocabulary was only a few words which had his doctor worried. On the weekends when he was growing up he would spend time at my sister's house. On one of his weekend visits I found out later that his uncle was using him to see how deep the holes where. So he would life Andrew and place him in each hole with his arms raised so Bruce could see how deep the hole was. On another occasion I was told about the girls dressing him in their dresses and performing a fashion show for them. My sister got him in 4H and started teaching him to barrel race and we purchased a horse for him. As they learned together and started competing they won ribbons together. Until Breeze kicked him in the face. When Andrew was 8 his grandparents went on a cross country trip and his grandfather suffered a stroke and his grandmother had a cyst burst in her back which left her bed ridden and in and out of the hospital until her death on

Christmas Eve in 2013. Then when Andrew was 10 him and his brother talked me into allowing them to have paintball guns. After a few months they decided to go into the woods without any adults and play war. David decided that since Andrew wasn't good at cocking his gun then he would let Andrew shoot his which was an automatic. Somehow David's mask came off and when he yelled for Andrew to hold up Andrew thought he was ready and started shooting hitting David in the face. David then chased Andrew all the way to my sister's house threatening to kill him. My nieces called me and his dad to come quickly. We rushed David to the fire department and then to the hospital leaving Andrew with his cousins. After a week in the hospital David was released having lost partial sight in his left eye. After starting Jr High he came home telling me about some kids bullying him and others in the gym locker room. I wanted to go talk with his teachers but he asked me not to. So I contacted his dad and his dad told me the same thing. After a few weeks of me being in contact with his dad Andrew started asking questions about his dad and if he could meet him. After a couple of weeks they met for the first time, it was unnerving how after never seeing each other before how much their mannerism and facial features were so much alike. As Andrew started High School he had a couple of football players in his computer class which he helped out and when they found out about the bullying they made sure no one else bullied him. Also during his High School years he asked if he could see a physiatrist. We made an appointment with a doctor and Andrew saw them for a few months but discontiued due to he did not think she was helping and the meds she had put him on. During his Senior year I was sent to see a therapist through EAP and decided it might be good for Andrew also. We both saw the therapsit until I switch facilities and Andrew started missing too much time from school due to having to drive his self from Middleburg to Southside every week. At that time the doctor made some suggestions we do to help him.

    Now for some better things for Andrew, when he was 3 he started PreK3 which helped him learn to communicate and taught him sign language and introduced him to computers. He seemed to flourished there until the fire alarm went off one day. After that it took us awhile to get him to feel safe in class. By kindergarden he had started barrel racing which he was excellarating at. After Andrew stopped riding due to him becoming afraid of his horse I bought the family our first computer. Andrew already had a fascination for computers from school and everyone was telling me he was a natural and everyone would need to know about computers. He began diagnosing computers for the family, friends and even sometimes the school when they couldn't get the repair guys out to fix them. The more time he spent on the computer the more he taught himself about computer langauges and repairs. I was worried about him spending too much time in his room but I had been the same way myself and his grades where staying up. Everyone just kept telling what a natural he was with the computer. During his Junior High school years he started competing in TSA and continued thru graduation. In Senior High he also began competing in Skills USA where he was taking 1st place in his competitions locally and state wide all 3 years. During his 1st year competing Nationally he took 2nd place in computer repairs and the 2nd year that he went to Nationals he took 1st place in computer repairs. During his Senior year

competing at Nationals he took 3rd place in Computer Diagnostics. During his Senior year also he made it to National Technical Honor Society. During this time he was holding down a parttime job with Clay County Property Appraissor's office and he was driving other students to and from school so they could also participate in Skills USA. After graduation he became full time with the Property Appraiser's office until he received a job offer from FOCUS Software in Tampa, Florida. Upon accepting the job offer with FOCUS he moved to New Port Richey with his dad and step mother where he resided until he purchased his home in Middleburg Florida. After moving back to Middleburg he continued to work for FOCUS, now working from home. He has had numerous friends and family move in with him when they had no where else to go. Some of which I disagreed with but he was always the one to put others ahead of himself and always there to lend a helping hand to everyone that needed it.

After moving into his new home he has taught himself how to cook. And I was always proud of him every Wednesday when I would come by and he had found a new recipe that he thought I would like (which was no easy feat since I am a really a picky eater) and have it ready for me. After I started quilting with Quilting with Compassion group he started going with me and learned how to quilt and also fixed a couple of their sewing machines. He continued with me every Wednesday night until he let a cousin of a friend move in with him that needed a place to stay. She moved in and I understood him wanting to help but things seemed to esclate. After she had her baby her brother moved in for a while and then her mother. All the while Andrew was the sole support even when she was getting food stamps she was using them for herself and her family. After months of her living there and lying to him and leaving her child there with him he asked her to leave. I helped him pack her and her baby's stuff up and I took him and the baby to where she was at and retrieved his car. A few months after that her cousin and her family needed a place to stay and called Andrew and he then allowed them to move in. Now he had 2 adults and 3 kids living off him. Again I voiced my concerns but he stated they were only staying until they got back on their feet. After they moved out they continued to call him to baby sit and another of their cousins started having him pick up her kids cause she was pregnate and couldn't handle them. During all this time I would come by every Wednesday bringing dinner for everyone to make sure he was getting at least 1 meal a week. We would talk on the phone almost every day. On the night before Andrew was arrested we met for dinner at Chik FilA. Up until Andrew's arrest I was concerned with everyone dropping their children off so they could do their own thing and not have to worry about their kids.

I know that there is no way Andrew can ever make up to these children any of the things that he may have done and I know it is your job to see that he does. I hope that you can see that Andrew can be rehabilitated with the proper medical help and medicines. I also know that he must pay for the crimes that he has committed. I am truly sorry for everything that he has done to his victims and their families but ask that you find a way to help bring him back home to me and his family.

Sincerely,

Sharon L. Leslie

Mr. & Mrs. Richard G Lundy
████████
Jacksonville, FL 32216-9125

The Honorable Judge Brian Davis
U.S. District Court, Middle District of Florida
Jacksonville Division
300 North Hogan
Jacksonville, FL 32202

October 24, 2017

Dear Judge Davis,

    I am writing this letter to discuss my relationship with Andrew Leslie. I would also like to explain why I believe he can still be a productive and useful member of society.
    I am a 61 year old male, the cousin of Andrew's mother, Sharon Leslie. I served 37 years for the City of Jacksonville Fire and Rescue Department, retiring as a district fire chief.
    I understand that Andrew has made a plea of guilty to two charges of sexual child abuse and using the children to produce child pornography. I personally am taken back by the seriousness of this crime and feel that this never should have happened. I cannot image the pain and horror the parents of these children must have and are experiencing, in addition to the impact on the children themselves.
    We have known Andrew since he was young seeing him at many family functions and family get togethers multiple times each year. Andrew has always been courteous and helpful. He has helped us with questions regarding cell phones and electronics. He has won several awards at major computer competitions. I believe he would be an asset to almost any company utilizing computer skills.
    From all my interactions with Andrew he has always been quiet, soft-spoken and appropriate. His mother has told us that Andrew has expressed to her his desire to have professional help to change his thinking and behavior. Andrew is young and I would believe that with help he can be a productive member of society. I would like to see him have a chance at some point in his life to live as normal a life as possible. He has a mother, father and brother along with extended family members willing to help him.
    Thank you for the difficult job you do.

Sincerely,

*[signature]*
Richard G. Lundy

Benjamin M Lundy

Maxville, Florida 32234

The Honorable Judge Brian Davis
U.S. District Court, Middle District of Florida
Jacksonville Division
100 North Hogan Street
Jacksonville, Florida 32202

January 7, 2018

The Honorable United States District Judge Brian Davis,

    I am writing you concerning my grandson Andrew Leslie in his upcoming sentencing. I am an 83 year old retired truck driver and I live in Clay County. I am aware that Andrew has plead guilty and it truly upsets me that he could harm a child in this way.

    When Andrew was growing up he used to help me with programming my remotes and televisions. He would go to church with me until he reached high school. At that point I didn't see him as much but still called upon when I needed his help and saw him when he stopped by. We have gone on two cross country trips in which he would help keep us on the right routes and out of bad weather along the way. Over the years I have depended on his for looking up information for me and doing any research that I have needed.

    Andrew grew up with his mom, brother and step dad. He used to barrel race when he was younger. Then he moved on to spending a lot of time working on his computers and helping others when their computers needed attention. I have always felt that his mom was making a mistake letting him spend so much time in his room and on his computer but in his High School years he made us all very proud with his accomplishments in Skills USA at the local, state and national levels. Always finishing first in local and state levels and the top 3 at the National level with a 1st place finish his 2nd year competing. While in high school he took a part time job with the county and upon graduation he went on to work for FOCUS software in Tampa Florida.

    During the time that he was in Tampa he lived with his father and I didn't get to see him as much. Upon his return from Tampa he bought a house in Middleburg and continued to work for FOCUS from home. There were times when I didn't agree with his choice of friends. He was always there lending a helping hand to whoever needed it if he could help.

    I am very disappointed in the choices he has made and want him to pay for what he has done, but I do not want him to pay for more than he has done. I ask that he is provided with the help that he needs to rehabilitate himself to become a better person I feel like he can be and be able to rejoin society.

Sincerely,

Benj M. Lundy

Thomas Wilfrid

Maxville, Florida 32234

The Honorable Judge Brian Davis
U.S. District Court, Middle District of Florida
Jacksonville Division
100 North Hogan Street
Jacksonville, Florida 32202

January 7, 2018

The Honorable United States District Judge Brian Davis,

    I would like to talk to you about Andrew Leslie. My name is Thomas Wilfrid and I have had the honor and privilege of being Andrew's stepdad for the 23 years. I am 62 years old and disabled and retired. I became sick 2 years ago with stage 4 cancer in which I lost my left eye. He has given me nothing but pride and joy during this time. He is a loving, caring and honest young man. He has always been there helping his family and others. He has always put his family and friends first. During the time when I was first diagnosed with cancer Andrew drove home from helping a friend out of state back to Maxville so he could take me to the hospital and stay with me while biopsies were being done. He has given me the will to fight and survive.

    He always did well in school and took pride in representing his school in TSA and Skills USA. He got a part time job with Clay County Property Appraiser's Office while in high school. After high school the job became full time until he was offered a job with FOCUS Software Company Out Of Tampa Fl were he became a programmer and supervisor. At the age of 20 he purchased his first house back here in Middleburg and began working from home. Which was a blessing to me when I became sick and he was here to take me to and from doctor appointments until his arrest.

    I don't know what happened with the crimes he committed and I am sad for the victims and the families involved. But that is not the person that person I know and I know you must seek justice for them but I am asking that you seek justice for Andrew also. I feel that there is an illness involved and that he needs help not prison. Please give him the chance to make things right and redeem himself and to get the help that is needed. He has never been in trouble before. It is to my understanding that he is working with Homeland Security trying to help stop this from happening to any other children. Please give us the chance to see that he gets the help that he needs. Let him prove to all of us that this is wrong and that this will never happen again. There is so much good in him, please help him find his way back to us.

    I pray for him and the victims and their families as I pray for you to for your help in finding justice for all.

God bless and thank you,

*Thomas Wilfrid*

January 11, 2018

Dear Judge Davis,

My, intent for this document, is to provide additional information for consideration concerning the sentencing hearing for Andrew Ryan Leslie .

I am Benjamin Joseph Lundy 58, Andrew's uncle. I live at ▮▮▮▮▮▮▮▮ Clay Hill, Fl. 32234. I am currently employed by the Clay County School Board, as a bus mechanic. I am Also a 23 yr veteran of the United States Armed Forces.

Although I Have not been privileged to any of the evidence Andrew was convicted of, I understand that Andrew plead guilty to federal charges.

Andrew, as a child and teen demonstrated respect and compassion others, and the ability to determine the difference between right and wrong. Andrew, to the best of my knowledge, was always a well-mannered student and maintained good grades. During high school, Andrew's main interest was computer science and was a member of the Middleburg High Computer Club. After graduation, Andrew moved to Tampa for a period. Upon Andrew's return to Clay County, Andrew purchase a home and worked for a IT firm.

Approximately 3 years ago, I began racing go karts and Andrew would attend the races with me about twice a month for about a year. During this time Andrew was well liked by everyone at the events, and would try to help anyone he could. Andrew stopped going to the races when the local track closed.

In my opinion, it would take a severely disturbed individual to do the things that Andrew confessed to, and it is my hope that he receives the psychological help he needs. It is also my hope that, the legal system uses the information from this case and Andrew's skills and abilities to help stop as much of this type of criminal activity as possible.

In closing I would like to express my sincere apology and sympathy to the families affected by my nephew's actions.

Respectfully,

*Benjamin J. Lundy*

Benjamin J. Lundy

Linda Swagel January 29, 2018

Jacksonville FL 32210

Dear Judge Davis

I am writing this letter to provide the court with information about Andrew Ryan Leslie for the upcoming sentencing hearing.

My name is Linda Swagel, I live in Jacksonville, FL, I work for the U.S. Postal Service, been there for 30 years. I am friends with Andrew's mom Sharon Leslie, I have know her for 30 years, we work in the same building. I've known Andrew since he was born. His mother and I car pooled for several years, I was with her when she would drop Andrew off at the baby sitters house and when she picked him up. I've been to her home in Middleburg where they lived.

Andrew has always been a quiet and shy boy, always well mannered and polite. Always did what his mom asked of him, always with a yes ma'am or no ma'am response.

I am aware that Andrew Ryan Leslie pleaded guilty to a federal charge. I was shocked when his mom told me what he was chargd with, knowing the Andrew I knew, I couldn't believe it. I know what he did was wrong, I do not condone this at all, I know he will have to serve time for his crime, I'm asking the court for leniency for his sentencing.

Sincerely,

*Linda Swagel*

Linda Swagel

William Hough
Jacksonville, Florida 32218

The Honorable Judge Brian Davis
U.S. District Court, Middle District of Florida
Jacksonville Division
100 North Hogan Street
Jacksonville, Florida 32202

January 7, 2018


The Honorable United States District Judge Brian Davis,

    My name is William Hough and I work as a truck driver for the United States Post Office. I am writing on behalf of Andrew Leslie. I have known him through him mom for around 15 years. During that time I have had the occasion to meet him and get to know him.

    Over the years he has helped me with my computer when it needed fixing and I have always heard good things about him from his mom. I have never heard of him getting into trouble or anything else bad about him. Over the years I have become his mom's boyfriend and I helped him on his move into the house he purchased in Middleburg. During which time he was always polite and very helpful.

    Over the next couple of years I saw the way he helped others and was always there no matter what they needed. I have seen him open up his home to friends who had nowhere else to go and even go above and beyond for them. I did become concerned when it seemed like everyone wanted him to babysit for them so they could all do their thing. Even when some of the families where living with him he was always the one caring for the kids. My observations were always of how much he loved them and was trying to help them. As he was raised to be a kind and loving person I could not foresee anything wrong with that. Yes I am understanding that he took the love he had for these children and took it too far and it's not right with what he has done. I am asking that you see he has made a very bad choice, but with his age he can be redeemed and with proper treatment he can truly learn the difference in between love and what is right and wrong. I understand that he is going to do time but ask that you see the real Andrew can be redeemed and try to make things right.

Sincerely,
William Hough

To The Honorable United States District Judge Brian Davis

The purpose of this letter is about Andrew Ryan Leslie and I am hoping and praying that the outcome of the decision you will impose on Andrew will be just and linient.

My name is Danny Del Pilar and I live now at Panama City FL. I am currently working as a Utility worker for a transit company . I am 63 years old and have been working far too long as I can remember. I have lived in Jacksonville from 1995 up until 2012 working for the Post Office and have known Andrew since then because of working with his mother. When I first heard of Andrew's case, I felt shocked, confused and bewildered because this isn't the boy I saw grow up to be. I can not condone what he has done and I believe in the law. I still can not believe how this boy who was raised by his mother become the person he is.

I worked with his mother, Sharon L Leslie, while working for the Post Office and have known Andrew for 13 years and saw him growing up. He was a very good student while going to school, getting good grades, perfect attendance, and very much into computers. He was in a computer club in school and use to compete with other schools in the country which his mother always attended. They did so well , that the school went into nationals that he won ribbons and trophies. We always worked together building computers. I had spare parts and he use to come over and work on them to build them and program them. I believe his ambition was in computer science and his intentions was to major that in college. His upbringing was normal because his mother always made sure that he did well in school. His home envirement as far as I could see was great. Family gatherings during holidays, his mother always attending his schools funtions. Andrew is very close to his brother David, who always did things together as a family. I remember one time when I got involved in a major car accident that his mother came to the scene with him and when he saw me he hugged me, seeing that I was ok. I love Andrew as if he is my own son. Thats why I can not believe that the boy I saw grow up is the person he is now.

Judge, the law is the law and I don't know if there is any linency to the crime he has committed but I do know in my heart that Andrew is a very good kid. I am sure that Andrew is aware of what he did is wrong and he is paying the price of the mistake he has done. i just hope and pray that Andrew has learned from the mistake he has done. Forgive me for my ramblings but I can not wrap my head around this.

Again Judge Davis, I apoligize for Andrew's misconduct. I am truly sorry.

Danny Del Pilar

For The Honorable Judge Davis U.S. District Court, Middle District of Florida Jacksonville Division 300 North Hogan Street Jacksonville, FL 32202

      I am writing this letter to provide the court with additional information about Andrew Leslie for his upcoming sentencing hearing and I hope it will be helpful to the Honorable Judge Davis. My name is Kennedy Bates Compton I am a 23 year old certified nursing assistant, criminal justice student and mother to three children. I have been made aware of the charges that Andrew has plead guilty to. Although these charges are the last that anyone would have expected from him, I am also aware that they are very serious federal charges.

      Andrew is not the person that anyone would foresee these actions from, he is kind and giving. He is the person that when everyone else abandons you, still stands beside you. I say these things because I have seen him help others without regard for himself more times than I can count in the roughly eight years I have been in his life. For example, he has drove 800 miles to help me after surgery, and defend me when everyone else tried to condemn me because I was a teenage mother. He was also the only person to help my disabled mother move when she was evicted he went as far as to help her cover the costs and make sure she had food for her and my sister. He is the only person in my life that I have never seen abandon nor harm anyone, which is what made the charges hard to accept. He has been my best friend longer than I have been my own friend.

      Aside from the things he has done for me, I have seen him help mutual friends out of abusive relationships, give people who had nowhere to go a place to stay, put himself in debt to help those who only tried to hurt him, as well as support people that were never able to make the choice to help themselves. In short he has made more selfless choices than I can say I am capable of and put himself aside to do the right thing even when advised that it would only hurt him in the long run. I understand that he has also made some really bad choices leading to this point, but I sincerely hope that this letter helps shed some light onto the person that we all know and love him as being.

                                    Kennedy Bates Compton
                                      Elizabethton TN 37643