*United States v. Andrew Ryan Leslie*

Case No. 3:16-cr-154-J-39JBT

# Exhibit 7
# School Transcript

# Official Transcript

Prepared date: Nov 2, 2016

Middleburg High
3750 COUNTY ROAD 220
MIDDLEBURG, FL 32068
(904) 336-8075

Student:
Leslie, Andrew Ryan

MAXVILLE, FL 32234

Student ID:
SSN:
Grade: 12
Gender: Male
Country of Birth: United States [US]
Date of Birth: Jan 16, 1995

Enter Date:
Graduation Date: May 31, 2013
Diploma Type: Standard HS Diploma [W06]
Diploma Designation:
FCAT Reading: 042011
FCAT Math: 042011

ESE Student:            Special Programs
ESE Matrix Code:
ELL Student: Not applicable [ZZ]
504 Student: Not 504 Eligible [Z]

**GPA Summary**

Weighted GPA: 3.412
Unweighted GPA:
Weighted Class Rank is 95/403
Total Credits Attempted: 28.50
Total Credits Earned: 28.50
Total Community Service Hours: 99
Requirement Met: Not applicable [Z]

A = 90-100, B = 80-89, C = 70-79, D = 60-69, F = 0-59
Course Flag "X" = Course excluded from GPA, "I" = Course included in GPA