*United States v. Andrew Ryan Leslie*

Case No. 3:16-cr-154-J-39JBT

# Exhibit 8

# Verification of Employment

|  | # Focus School Software |
|---|---|
|  | PO Box 2194 St. Petersburg, FL 33701 |
|  | Phone: (813) 458-1956 |

## Employee Verification

**Employee Name:** Andrew Leslie

**Employment Number:** ▮

**Position Title:** Software Engineer

**Address:** ▮, Middleburg, FL 32068

**Telephone:** Business N/A   Home  (904)▮

**Work location:** Employee worked remotely at his home at address listed above

**Date of Hire:** 07/29/2013

**Date of Termination:** 10/17/2016

**Ending Salary:** $50,400.00

**Reason for Termination:** No show

**Eligible for Rehire:** No

*FOCUS SCHOOL SOFTWARE*
*NOV 14 2016*

**Comments:** _____

_____

_____                   11/14/16
Signature                                        Date